# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 07-1057

_____

| | | |
|---|---|---|
| Pansy Blackwell, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | Eastern District of Arkansas. |
| Mike Trail; Catherine Dean; | * | |
| James Hohn; David Burnett; | * | [UNPUBLISHED] |
| Lee Fergus; Scott Hunter, Former | * | |
| Prosecuting Attorney; Thomas | * | |
| Kieklak, Attorney at Law; Richard | * | |
| C. Rhodes; Rhonda Rossman, | * | |
| County Nurse; Ron Wilson, | * | |
| Attorney at Law, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted:  May 27, 2008
Filed:  May 30, 2008

_____

Before WOLLMAN, RILEY, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Pansy Blackwell appeals from the district court's[1] dismissal of her civil action in which she made various allegations about events underlying her prior state court criminal convictions. Having carefully reviewed the record, we conclude that dismissal was warranted. Accordingly, the judgment is affirmed, see 8th Cir. R. 47B, and Blackwell's appellate motions are denied.

_____

[1]The Honorable William R. Wilson, Jr., United States District Judge for the Eastern District of Arkansas.